UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARIA LOPEZ,

   Plaintiff,

-vs-                               CASE NO.:  6:16-CV-2209-ORL-22TBS

ULTIMATE FITNESS GROUP, LLC d/b/a
ORANGETHEORY FITNESS,

   Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, MARIA LOPEZ, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, MARIA LOPEZ, and Defendant, ULTIMATE FITNESS GROUP, LLC d/b/a ORANGETHEORY FITNESS, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished via E-Mail on this 16th day of February 2017 to all parties of record.

/S/ Shaughn C. Hill, Esquire
_____
Shaughn C. Hill, Esquire
Morgan & Morgan, Tampa,  P.A.
One Tampa City Center
Tampa, FL 33602
Tele:  (813) 223-5505
Fax:  (813) 223-5402
shill@forthepeople.com
Florida Bar #:  0105998
Attorney for Plaintiff