# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIA LOPEZ,**

      **Plaintiff,**

**v.**         Case No:   **6:16-cv-2209-Orl-22TBS**

**ULTIMATE FITNESS GROUP, LLC,**

      **Defendant.**

## ORDER OF DISMISSAL

The Court has been advised by **counsel for Plaintiff** that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

**DONE** and **ORDERED** at Orlando, Florida on February 21, 2017.

ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**

Counsel of Record